**Order filed May 19, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00262-CR
_____

**TRUMAINE MARKE WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 72609**

---

## O R D E R

The clerk's record was filed May 12, 2015. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the trial court's judgment.

The Brazoria County District Clerk is directed to file a supplemental clerk's record on or before June 3, 2015, containing the trial court's judgment.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM